In the Matter of the Claim of JAMES FOLLETT, Respondent, against COMMERCIAL UNION ASSURANCE COMPANY and Another, Appellants. STATE INDUSTRIAL

* Affd., 252 N. Y. 624.

BOARD, Respondent.— Award reversed and claim dismissed, by consent, without costs. Van Kirk, P. J., Hinman, Davis, Whitmyer and Hasbrouck, JJ., concur.